UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUA CHEN and YU YUN ZOU, and others similarly situated,

                      Plaintiffs,

-v-

HONGHUI SHI, Secretary of the Chinese Communist Party Committee and the Director of the Bureau of Reeducation through Labor of Guangdong Province and Superintendent of Labor Reeducation through Labor Association of Drugs Resistant Research Committee,

                      Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/09

No. 09 Civ. 8920 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Plaintiffs commenced this action by filing a complaint on October 22, 2009. On November 19, 2009, Plaintiffs filed an affidavit of service indicating that Defendant was personally served with process on the day that the complaint was filed. Accordingly, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(I), Defendant's answer was due November 12, 2009.

As Defendant has failed to answer the complaint, IT IS HEREBY ORDERED that Plaintiffs shall submit the materials required to attain a default judgment under my individual practices not later than December 18, 2009.

Dated:        November 25, 2009
                New York, New York

                                              RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

Copies of this Order have been mailed to:

Hua Chen
229 W. 28th Street
Suite 1200
New York, NY 10001

Yu Yun Zou
229 W. 28th Street
Suite 1200
New York, NY 10001